

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-63,871-03

### EX PARTE TIMOTHY RANDAL THOMPSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 0764908-B IN CRIMINAL DISTRICT COURT NO. 2
### FROM TARRANT COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to twenty-five years' imprisonment. The Second Court of Appeals affirmed his conviction. *Thompson v. State*, No. 02-01-00202-CR (Tex. App.—Fort Worth Mar. 21, 2002) (not designated for publication).

Applicant contends that trial and appellate counsel rendered ineffective assistance. The trial court adopted the State's proposed findings of fact and conclusions of law and recommended that

we deny relief. After we received the habeas record, Applicant filed a motion to remand with this Court. He wants his application to be remanded to the trial court so he can file a supplemental claim.

We decline to remand his application. Nothing in Article 11.07 precludes Applicant from filing a supplemental claim while his application is pending before this Court. If Applicant does file a supplemental claim, he shall do so within 30 days of the date of this order, and the District Clerk shall immediately forward it to this Court as a supplemental record. Applicant's motion to remand is denied.

Filed: September 16, 2015
Do not publish